UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST LA

2007 NOV -2 A 10: 20

BY DEPUTY CLERK

MITCHELL P. COOK (#402967)

VERSUS

TERRY TERRELL, ET AL

CIVIL ACTION

NUMBER 07-804-JJB-DLD

RULING

This matter is before the court on petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petitioner was convicted in St. Tammany Parish, Louisiana and is now confined in the Allen Correctional Center, Kinder, Louisiana.

This court does not have jurisdiction over this claim because the petitioner was not convicted in this district nor is he incarcerated in this district. 28 U.S.C. §2241(d). Therefore;

IT IS ORDERED that this action be DISMISSED for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, November 1st, 2007.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE